UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :                **ORDER**
                                    :
Osvaldo Fuentes-Rosario            :        _08 cr 465 (HB)_
                                    :        **Docket #**
------------------------------------x


_Harold Baer Jr._ , DISTRICT JUDGE:

THE ~~C.J.A.~~ Retained attorney ~~assigned to this case~~

_Luis Diaz_____ is hereby ordered substituted and
        **Attorney's Name**
the representation of the defendant in the above captioned matter

is assigned to _Dawn Candy_____
                **Attorney's Name**

                            SO ORDERED.


_____

        UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         8/21/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```