UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :                    ORDER
                                    :                   _____
Osvaldo Fuentes-Rosario            :           08 cr 465 (HB)
                                    :                Docket #
-----------------------------------x
```

_Harold Baer Jr._ , DISTRICT JUDGE:
                Judge's Name
        Retained
THE ~~C.J.A.~~ attorney ~~assigned to this case~~

_Luis Diaz_____ is hereby ordered substituted and
        Attorney's Name
the representation of the defendant in the above captioned matter

is assigned to _Dawn Cardy_____
                Attorney's Name

                                SO ORDERED.



                        _____

                        UNITED STATES DISTRICT JUDGE


Dated:  New York, New York
        8/21/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08